# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00675-CV

**Roque Tercero-Aranda, Appellant**

**v.**

**Texas Board of Pardons and Paroles, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
## NO. GN502274, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Roque Tercero-Aranda seeks to appeal a state district court's determination that it lacked jurisdiction to take any action on his request for findings of fact and conclusions of law after his suit against appellee Texas Board of Pardons and Paroles had been removed to and dismissed by the United States District Court for the Western District of Texas. The federal court did not remand Tercero-Aranda's suit to the state district court and nothing remained pending in the state district court after Tercero-Aranda's suit was removed to federal court. *See E. D. Sys. Corp. v. Southwestern Bell Tel. Co.*, 674 F.2d 453, 457 n.2, 458 (5th Cir. 1982) (citing *Lowe v. Jacobs*, 243 F.2d 432, 433 (5th Cir. 1957) (state court loses jurisdiction upon a case's removal to federal court and state court's jurisdiction is not restored unless federal court remands case)).

Because we lack jurisdiction to dispose of Tercero-Aranda's purported appeal in any manner other than dismissal for want of jurisdiction, *see* Tex. R. App. P. 42.3(a), we dismiss the appeal.

 

 

_____

Jan P. Patterson, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed: January 6, 2006